# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERODRICK DONNELL SPURLOCK

NO. 2022 KW 0871

**OCTOBER 11, 2022**

---

In Re:     DeRodrick Donnell Spurlock, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. Unknown.

---

**BEFORE:     WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.** This application appears to be a motion to be relieved of the sex offender registration and notifications requirements pursuant to La. R.S. 15:542(F)(2) filed here first. Because there is no indication the motion has been filed in the district court, this writ presents nothing for this court to review. Relator should first seek relief in the district court.

**VGW**
**EW**

**Guidry, J.,** dissents. I would transfer the writ application to the district court for consideration as a motion to be relieved of the sex offender registration and notifications requirements pursuant to La. R.S. 15:542(F)(2).

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT